August 19, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

WANDA KAY COHEN, Appellant

NO. 14-13-00634-CV                    v.

LANDRY'S, INC., LANDRY'S CRAB SHACK, INC., AND LANDRY'S
SEAFOOD & OYSTER BAR-KEMAH, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Landry's, Inc., Landry's Crab Shack, Inc., and Landry's Seafood & Oyster Bar-Kemah, Inc., signed June 6, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in its judgment as to appellant Wanda Kay Cohen's premises liability claim. We therefore order that the portions of the judgment on the premises liability claim are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellees, Landry's, Inc., Landry's Crab Shack, Inc., and Landry's Seafood & Oyster Bar-Kemah, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.